```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NORTH DAKOTA
                    NORTHEASTERN DIVISION
```

United States of America,    )
                             )
            Plaintiff,       )
                             )
    vs.                      )
                             )    Case No. 2:06-cr-75
                             )
Jonathan Robertson,          )
                             )
            Defendant.       )

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On September 9, 2008, the supervising probation officer filed a petition alleging a violation of supervised release (doc. #43).  A hearing on the petition was held before the Honorable Alice R. Senechal, Magistrate Judge, on December 5, 2008 (doc. #59). At the hearing, Robertson admitted to the violations charged in the petition.

Before the Court is a Report and Recommendation from the Magistrate Judge recommending this Court find the Defendant violated conditions of his supervised release (doc. #60). The Magistrate Judge further recommends that supervised released be modified to include placement at North Central Correctional and Rehabilitation Center for up to 90 days to complete that facility's drug and alcohol treatment program, and subsequent placement at Lake Region Law Enforcement Center for up to 180 days to complete a re-entry plan.

Upon review of these items and the entire file, the Court

finds the Magistrate Judge's Recommendations correct and hereby adopts the Report and Recommendation.  The Court thus **FINDS** that a violation of supervised release has occurred as alleged in the petition.

Based upon the Magistrate Judge's Recommendations, **IT IS ORDERED** that the Defendant's supervised release is modified as stated above, in accordance with the parties' agreed disposition. The U.S. Marshal is ordered to transport Robertson to NCCRC.

**IT IS SO ORDERED.**

Dated this 17th day of December, 2008.

/s/ Rodney S. Webb
RODNEY S. WEBB, District Judge
United States District Court