IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | |
|---|---|
| United States of America,               )<br>                                                        )<br>            Plaintiff,                           )<br>                                                        )<br>vs.                                                  )<br>                                                        )<br>Jonathan L. Robertson,                  )<br>                                                        )<br>            Defendant.                       )<br>                                                        ) | **ORDER ADOPTING REPORT AND RECOMMENDATIONS**<br><br>Civil No.  2:06-cr-75 |

   Defendant Jonathan L. Robertson appeared before the Magistrate Judge for a hearing on alleged violations of supervised release conditions.  At the hearing, Robertson admitted to the violations contained in the petition.  The Court has received a Report and Recommendation from the Honorable Alice R. Senechal, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Robertson's supervised release be revoked and he serve a term of custody of six months, with no additional term of supervised release afterwards (Doc. #86).   Magistrate Judge Senechal further recommends that Robertson be placed at Lake Region Law Enforcement Center and allowed work release if he satisfies the Bureau of Prison's requirements for participation in that program.

   The Court has reviewed the Report and Recommendation, along with the entire file, and finds the Magistrate Judge's analysis and recommendations are appropriate.  Accordingly, the Court hereby adopts the Report and Recommendation in its entirety.  For the reasons set forth therein, the Court finds that Robertson violated conditions of his supervised release.  Consequently, Robertson's supervised release is revoked and he is **ORDERED** to serve a term of imprisonment for six (6) months with credit for time served in federal custody on the petition.  No further term of supervised release will be imposed upon release from custody.

**IT IS SO ORDERED.**

Dated this 25th day of March, 2010.

                                                       */s/   Ralph R. Erickson*
                                                   Ralph R. Erickson, Chief District Judge
                                                   United States District Court